| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Susan St. Vincent<br>Legal Officer<br>NATIONAL PARK SERVICE<br>Legal Office<br>P.O. Box 517<br>Yosemite, California 95389<br>Telephone: (209) 372-0241 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY ALEXANDER FARMER,<br><br>　　　　　　Defendant. | No. 6:16-MJ-0039-MJS<br><br>STIPULATION TO VACATE TRIAL DATE AND SET FOR PLEA AND SENTENCE; AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Zachary Farmer, by and through his attorney of record, Assistant Federal Defender Reed Grantham, that the trial date in the above-captioned matter set for May 25, 2017 be vacated, and the matter be set for Plea and Sentence on May 23, 2017 at 10:00 a.m. The parties have reached a settlement agreement in this matter.

Dated: May 18, 2017　　　　　　　　/S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　Yosemite National Park

Dated: May 18, 2017　　　　　　　　/s/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　Reed Grantham
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Zachary Farmer

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the May 25, 2017, Trial for *U.S. v. Farmer, case number 6:16-MJ-0039-MJS*, is hereby vacated and the matter is set for a Change of Plea on May 23, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 18, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2