| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ZACHARY FARMER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-MJ-00039-MJS |
| Plaintiff, | ) | **STIPULATION TO CONTINUE THE MAY 23, 2017 CHANGE OF PLEA HEARING; ORDER** |
| vs. | ) | |
| ZACHARY FARMER, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Zachary Farmer, that the change of plea hearing currently scheduled for May 23, 2017, may be moved to June 27, 2017, at 10:00 a.m.

The parties have reached a resolution in this matter. However, Mr. Farmer is currently having transportation issues that prevent him from appearing on May 23, 2017, at 10:00 a.m. The parties are requesting that the change of plea hearing be set on June 27, 2017, at 10:00 a.m. to provide Mr. Farmer with the opportunity to arrange transportation to Yosemite for the hearing. The government is in agreement with this request.

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 22, 2017    /s/ Susan St. Vincent
　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　Yosemite Legal Officer
　　　　　　　　　　　Attorney for Plaintiff


HEATHER E. WILLIAMS

Date: May 22, 2017    /s/ Reed Grantham
　　　　　　　　　　　REED GRANTHAM
　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　ZACHARY FARMER


# **O R D E R**

The Court hereby grants the parties' request to continue the change of plea hearing from May 23, 2017, to June 27, 2017, at 10:00 a.m., in Case No. 6:16-MJ-00039-MJS.

IT IS SO ORDERED.

Dated: May 23, 2017    /s/ *Michael J. Seng*
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE