# United States District Court

## Eastern District of California

**FILED**
JUN 27 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**FIRST AMENDED CRIMINAL COMPLAINT**

V.

ZACHARY ALEXANDER FARMER

DOCKET NUMBER: 6:16-MJ-0039-MJS

I, acting legal officer Armin M. Najafi, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Zachary Alexander FARMER, did violate:

**Count 1:** Possession of a controlled substance (cocaine), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Possession of a controlled substance (ecstasy), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Possession of a controlled substance (marijuana), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Camping outside of a designated site or area, in violation of Title 36 Code of Federal Regulations § 2.10(b)(10)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am the legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On April 20, 2016, at approximately 2200 hours, Ranger Doug Kraus and Ranger Tom Healy were patrolling the Wilderness Parking Lot. They observed two individuals in the front seats of a vehicle with the seats fully reclined. There were no lights on in the vehicle.

Speedy Trial Act Applies: **No**

U.S. v. Zachary Alexander Farmer
First Amended Criminal Complaint

When rangers shined the spotlight and activated their emergency lights, the driver started the vehicle. Ranger Healy stopped the vehicle from leaving. Ranger Healy contacted the driver and passenger, identified as Zachary Alexander FARMER, and informed them that they could not sleep in the parking lot. Ranger Healy and Ranger Kraus immediately observed marijuana cigarettes in the center console as well as on the driver's leg. Ranger Healy detected the odor of marijuana emanating from the vehicle.

The rangers had both individuals exit the vehicle. Ranger Kraus conducted a search of the vehicle. Ranger Kraus found marijuana in the center console in an ornate brown box, in a green, plastic container wedged between the passenger seat and the center console, and in a backpack located in the rear seat behind the driver. Ranger Kraus also found drugs, later identified as methamphetamine and cocaine, in the center console of the vehicle. FARMER and the driver were placed under arrest by Ranger Kraus.

The vehicle was towed to the impound lot. At the lot, Ranger Healy observed a gray backpack on the front passenger seat floor that had been between FARMER's legs during the initial contact. The gray backpack contained a small, pink pill as well as a white, powdery substance in a small green plastic container. The small pink pill, was confirmed to be MDMA (ecstasy). The white, powdery substance was confirmed to be 3.6 grams of cocaine. FARMER subsequently admitted to possessing some of the marijuana in the vehicle

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

06/27/2017
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

6/27/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. Zachary Alexander Farmer
First Amended Criminal Complaint