1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ZACHARY FARMER
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 6:16-mj-00039

12          Plaintiff,                 **MOTION TO VACATE MAY 15, 2018
                                       REVIEW HEARING; ORDER**
13  vs.

14  ZACHARY FARMER,

15          Defendant.

16

17          Defendant Zachary Farmer hereby requests that the Court vacate the May 15, 2018

18  review hearing.  The Government is in agreement with the request.

19          On June 27, 2017, the Court sentenced Mr. Farmer to 12 months of unsupervised

20  probation pursuant to a deferred entry of judgment, with the conditions that he obey all laws and

21  advise the Court and Government within seven days of being cited or arrested for any alleged

22  violation of law.  The Court also ordered Mr. Farmer to pay a fine of $1000.00.

23          Mr. Farmer has had no new violations of law and has paid his fine in full.  Accordingly,

24  Mr. Farmer respectfully requested that this Court vacate the May 15, 2018 review hearing.

25  //

26  //

27  //

28  //

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 7, 2018                          */s/ Hope Alley*
                                           HOPE ALLEY
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           ZACHARY FARMER

## **O R D E R**

Based on the parties' joint representation that Mr. Farmer is in compliance with the conditions of his probation, the Court vacates the May 15, 2018 review hearing.

IT IS SO ORDERED.

Dated:  __May 8, 2018__              /s/ *Jeremy D. Peterson*
                                     UNITED STATES MAGISTRATE JUDGE

Farmer - Motion to Vacate